CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Jeffrey Allan Miller<br>c/o Sangamon County Jail<br>#1 Sheriff's Plaza<br>Springfield, Illinois 62701 | **CASE NUMBER:** 01-30048-001 |

**SENTENCING JUDICIAL OFFICER:**   Jeanne E. Scott
                                   U.S. District Judge

**ORIGINAL SENTENCE DATE:**   August 24, 2001

**ORIGINAL OFFENSE:**   Bank Robbery

**ORIGINAL SENTENCE:**   48 months imprisonment followed by 3 years supervised release with the following special conditions: 1) No new debts or open additional lines of credit; 2) Substance abuse treatment to include testing and refrain from the use of alcohol; 3) Mental health treatment; 4) Job training; and 4) No firearm, ammunition, or other dangerous weapon.

**TYPE OF SUPERVISION:**   Supervised Release

**DATE SUPERVISION COMMENCED:**   October 19, 2004

**ASSISTANT U.S. ATTORNEY:**   Patrick D. Hansen

**DEFENSE ATTORNEY:**   Douglas Beevers (Appointed)

---

**PETITIONING THE COURT**

**[X]**   To issue a warrant to be lodged as a detainer in Sangamon County, Illinois, Circuit Court, Case No. 05-CF-1204 (Aggravated Robbery)

**[ ]**   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Re:  Miller, Jeffrey Allan                                                                2

VIOLATION
NUMBER          NATURE OF VIOLATION

  1.            **LAW VIOLATION:  POSSESSION OF HEROIN AND COCAINE**

                MANDATORY CONDITION:  While on supervised release, the defendant shall not commit another federal, state, or local crime.  The defendant shall not illegally possess a controlled substance.

    A.                On **March 18, 2005**, the offender possessed heroin (barcode B00451307) as determined by Kroll Laboratory Specialists, Gretna, Louisiana.

    B.                On **March 23, 2005**, the offender possessed heroin (barcode B00444560) as determined by Kroll Laboratory Specialists, Gretna, Louisiana.

    C.                On **May 3, 2005**, the offender possessed heroin and cocaine (barcode B00499519) as determined by Kroll Laboratory Specialists, Gretna, Louisiana.  During an office visit on May 17, 2005, the offender admitted he used a "speedball" which is a mixture of heroin and cocaine.

    E.                On **May 19, 2005**, the offender possessed heroin (barcode B00493111) as determined by Kroll Laboratory Specialists, Gretna, Louisiana.  During a phone conversation on May 23, 2005, the offender admitted using heroin on May 16, 2005.

    F.                On **June 10, 2005**, the offender possessed heroin (barcode B00493209) as determined by Kroll Laboratory Specialists, Gretna, Louisiana.

    G.                On **August 8, 2005**, the offender possessed heroin (barcode B00463982) as determined by Kroll Laboratory Specialists, Gretna, Louisiana.

  2.            **LAW VIOLATION:  BANK ROBBERY**

                On **September 12, 2005**, at 1:30 p.m., the offender robbed Illini Bank, 2120 Peoria Road, Springfield, Illinois.  He placed two envelopes in front of a teller, with a note taped to the outside of one of the envelopes.  The note read, "This is a robbery.  I have a gun.  I want all your money."  An undetermined amount of cash was placed in one of the envelopes which was given to the offender who then walked out of the bank.

                According to Springfield, Illinois, Police Officer Steve Welsh, the offender confessed to the bank robbery and most of the stolen currency was recovered.  According to Officer Welsh, the offender never possessed a gun.

Re:  Miller, Jeffrey Allan                                                    3

> The offender is currently charged with Aggravated Robbery in Sangamon County, Illinois, Circuit Court, Case No. 05-CF-1204. On September 13, 2005, bond was set at $150,000, 10% rule to apply. The offender is currently in custody in lieu of that bond. The case is set for preliminary hearing on October 6, 2005.

3. **FAILURE TO SUBMIT RANDOM URINE SPECIMENS AND ATTEND COUNSELING**

   SPECIAL CONDITION NO. 2: You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the Probation Office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer.

   A. On **February 25, 2005,** the offender failed to submit a random urine specimen at the Triangle Center, Springfield, Illinois.

   B. On **June 1, 2005**, the defendant failed to attend an individual counseling session at the Triangle Center, Springfield, Illinois.

   C. On **September 7, 2005**, the offender failed to submit a random urine specimen at the Triangle Center, Springfield, Illinois.

   D. On **September 8, 2005**, the defendant failed to attend an individual counseling session at the Triangle Center, Springfield, Illinois.

**U.S. Probation Officer Recommendation:**

[X] The term of supervision should be
    [X] revoked
    [ ] extended for  years, for a total term of  years.

[ ] The conditions of supervision should be modified as follows:

> I declare under penalty of perjury that the foregoing is true and correct.
>
> s/Paul D. Kotcher
> U.S. Probation Officer
> Date:  September 23, 2005

PDK/pdk/nv

Re:  Miller, Jeffrey Allan                                                                    4

---

**THE COURT ORDERS:**

**[ ]**   No action

**[X]**   The issuance of a warrant to be lodged as a detainer in Sangamon County, Illinois, Circuit Court, Case No. 05-CF-1204

**[ ]**   The issuance of a summons

**[ ]**   Other:


                                         s/ Jeanne E. Scott
                                    JEANNE E. SCOTT
                           UNITED STATES DISTRICT JUDGE

                               Date:  September 23, 2005