IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL NO: 01-30048 |
| JEFFREY ALLAN MILLER, | ) ) ) |
| Defendant. | ) |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick D. Hansen, Assistant United States Attorney, respectfully show to this Honorable Court that Jeffrey Allan Miller (A81835; date of birth 2/21/60), is now confined in the Robinson Correctional Center, Robinson, Illinois, in the custody of the Warden thereof.

That Jeffrey Allan Miller's appearance is necessary for hearing on April 18, 2006 at 3:00 p.m.

That, in the interest of all parties, it is necessary that Jeffrey Allan Miller be transported to the Central District of Illinois and be produced before U.S. Magistrate Byron Cudmore at the Federal Building at 600 East Monroe Street, Springfield, on April 18, 2006.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Robinson Correctional Center, Robinson, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, commanding them to transport Jeffrey Allen Miller to the Central District of Illinois, and to produce him in the Federal Building

at 600 East Monroe Street, Springfield, Illinois, on April 18, 2006, in the above-captioned case and as necessary on any date thereafter.

>Respectfully Submitted,
>
>RODGER A. HEATON
>UNITED STATES ATTORNEY
>
>By:   s/Patrick D. Hansen
>      Patrick D. Hansen
>      Assistant United States Attorney
>      Illinois Bar No. 6187536
>      318 South 6th Street
>      Springfield, IL 62701
>      Telephone: (217) 492-4450
>      patrick.hansen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO: 01-30048 |
| | ) |
| JEFFREY ALLAN MILLER, | ) |
| | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   The Warden of Robinson Correctional Center, Jacksonville, Illinois
       U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Robinson Correctional Center, Robinson, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Jeffrey Allan Miller (A81835; date of birth 2/21/60) to the Central District of Illinois, and to produce him before U.S. Magistrate Byron Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, for hearing on April 18, 2006 at 3:00 p.m. and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return him to the Robinson Correctional Center, Robinson, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable John M. Waters, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _____ day of _____, 2006.

_____
JOHN M. WATERS, Clerk
United States District Court
for the Central District of Illinois

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO: 01-30048 |
| | ) |
| JEFFREY ALLAN MILLER, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Jeffrey Allan Miller (A81835; date of birth 2/21/60), is now confined in the Robinson Correctional Center, Robinson, Illinois, in the custody of the Warden thereof, it further appearing that the said Jeffrey Allan Miller is the defendant in this cause and his appearance is necessary on April 18, 2006 at 3:00 p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Robinson Correctional Center, Robinson, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Jeffrey Allan Miller to the Central District of Illinois and to produce him before the U.S. Magistrate Byron Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 3:00 p.m. on April 18, 2006 and on any date necessary for hearing and from day to day thereafter until he shall have been released.

_____
U.S. Magistrate Byron Cudmore

ENTERED: This _____ day of _____, 2006.