IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO: 01-30048 |
| JEFFREY ALLAN MILLER, | ) |
| Defendant. | ) |

FILED
MAR 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Jeffrey Allan Miller (A81835; date of birth 2/21/60), is now confined in the Robinson Correctional Center, Robinson, Illinois, in the custody of the Warden thereof, it further appearing that the said Jeffrey Allan Miller is the defendant in this cause and his appearance is necessary on April 18, 2006 at 3:00 p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Robinson Correctional Center, Robinson, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Jeffrey Allan Miller to the Central District of Illinois and to produce him before the U.S. Magistrate Byron Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 3:00 p.m. on April 18, 2006 and on any date necessary for hearing and from day to day thereafter until he shall have been released.

s/ Byron G. Cudmore
U.S. Magistrate Byron Cudmore

ENTERED: This 17 day of March, 2006.