IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO: 01-30048 |
| | ) |
| JEFFREY ALLAN MILLER, | ) |
| | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:    The Warden of Robinson Correctional Center, Jacksonville, Illinois
       U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Robinson Correctional Center, Robinson, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Jeffrey Allan Miller (A81835; date of birth 2/21/60) to the Central District of Illinois, and to produce him before U.S. Magistrate Byron Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, for hearing on April 18, 2006 at 3:00 p.m. and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return him to the Robinson Correctional Center, Robinson, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable John M. Waters, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _17th__ day of __March_____, 2006.

                                    __s/ John M. Waters_____
                                    JOHN M. WATERS, Clerk
                                    United States District Court
                                    for the Central District of Illinois