**E-FILED**

Thursday, 20 April, 2006  01:47:04 PM

Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO:  01-30048 |
| | ) | |
| JEFFERY ALLAN MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Jeffery Allan Miller (S04261; date of birth 3/12/64), is now confined in the Graham Correctional Center, Hillsboro, Illinois, in the custody of the Warden thereof,  it further appearing that the said Jeffery Allan Miller is the defendant in this cause and his appearance is necessary on May 2, 2006 at 4:00 p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Graham Correctional Center, Hillsboro, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Jeffery Allan Miller to the Central District of Illinois and to produce him before the U.S. Magistrate Byron Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 4:00 p.m. on May 2, 2006 and on any date necessary for hearing and from day to day thereafter until he shall have been released.

s/ Byron G. Cudmore

_____

U.S. Magistrate Byron Cudmore

ENTERED:  This 20th day of April, 2006.