IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO: 01-30048 |
| | ) |
| JEFFERY ALLAN MILLER, | ) |
| | ) |
| Defendant. | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The Warden of Graham Correctional Center, Hillsboro, Illinois
       U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

   We command you, the Warden of the Graham Correctional Center, Hillsboro, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Jeffery Allan Miller (S04261; date of birth 3/12/64) to the Central District of Illinois, and to produce him before Honorable Jeanne E. Scott in the Federal Building at 600 East Monroe Street, Springfield, Illinois, for hearing on June 5, 2006 at 10:00 a.m. and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return him to the Graham Correctional Center, Hillsboro, Illinois, under safe and secure conduct, and have you then and there this Writ.

   WITNESS the Honorable John M. Waters, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this __25th_____ day of ____May_____, 2006.

                                              __s/John M. Waters_____
                                              JOHN M. WATERS, Clerk
                                              United States District Court
                                              for the Central District of Illinois