✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

**E-FILED**
Wednesday, 07 June, 2006  01:32:37 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

UNITED STATES OF AMERICA
**V.**

JEFFREY ALLAN MILLER

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:    01-30048

USM Number:    12667-026

Douglas J. Beevers
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   MC, SC _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1A | Possession of Heroin | 3/18/2005 |
| 1B | Possession of Heroin | 3/23/2005 |
| 1C | Possession of Heroin and Cocaine | 5/3/2005 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    3763

Defendant's Date of Birth:    1964

Defendant's Residence Address:

Springfield, IL 62703

6/5/2006
Date of Imposition of Judgment

s/Jeanne E. Scott
Signature of Judge

JEANNE E. SCOTT,                    US District Judge
Name of Judge                       Title of Judge

6/7/2006
Date

Defendant's Mailing Address:

Same as above.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
        Sheet 1A

DEFENDANT:  JEFFREY ALLAN MILLER
CASE NUMBER:  01-30048

Judgment—Page __2__ of __5__

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 1E | Possession of Heroin | 5/19/2005 |
| 1F | Possession of Heroin | 6/10/2005 |
| 1G | Possession of Heroin | 8/8/2005 |
| 2 | Bank Robbery | 9/12/2005 |
| 3A | Failure to Submit Random Urine Specimens | 2/25/2005 |
| 3B | Failure to Attend Counseling Session | 6/1/2005 |
| 3C | Failure to Submit Random Urine Specimens | 9/7/2005 |
| 3D | Failure to Attend Counseling Session | 9/8/2005 |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment
═══════════════════════════════════════════════════════════════

DEFENDANT:   JEFFREY ALLAN MILLER
CASE NUMBER:   01-30048

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

     21 months to run consecutive to Sangamon County, IL, Circuit Court, case number 05-CF-1204.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
    Sheet 5 — Criminal Monetary Penalties

DEFENDANT:  JEFFREY ALLAN MILLER
CASE NUMBER:  01-30048

Judgment — Page __4__ of __5__

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 3,556.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Firstar Bank | $3,556.00 | $3,556.00 | |

| **TOTALS** | $ 3,556.00 | $ 3,556.00 |
|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐  the interest requirement is waived for the    ☐ fine    ☐ restitution.

   ☐  the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
        Sheet 6 — Schedule of Payments

Judgment — Page __5__ of __5__

DEFENDANT:  JEFFREY ALLAN MILLER
CASE NUMBER:  01-30048

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**   ☑ Lump sum payment of $ ___3,656.00___ due immediately, balance due

       ☐ not later than _____ , or
       ☑ in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☑ F below); or

**B**   ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**   ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F**   ☑ Special instructions regarding the payment of criminal monetary penalties:

    Defendant's special assessment was paid in full through the BOP. Defendant's restitution balance without interest is $3,456.00.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.