(1)

E-FILED
Friday, 16 June, 2006  03:34:33 PM
Clerk, U.S. District Court, ILCD

Jeffrey A. Miller
I.D.O.C. # 504261
Centralia C.C.
Box 7711
Centralia, IL 62801


June 10, 2006


Hon. Judge Jeanne E. Scott
108 U.S. Courthouse
600 East Monroe
Springfield, IL 62701

Re: Case # 01-30048-001
     Notice to request appeal


Hon. Judge Scott:
   As per your instructions on June 5, 2006,
I am writing to request your assistance with
my right to appeal sentence imposed.
   My understanding is I have 10-days to
notify the Court, which I am attempting
to do to best of my ability while being
presently incarcerated within an Illinois
State Correctional Facility.

As an indigent defendent, I understand that the Court may appoint an attorney to represent me in this matter. I would like to respectfully request a new attorney be appointed to assist me. While I am sure Mr. Douglas Beevers is a qualifed attorney, I do not feel comfortable with his willingness to represent me with an appeal.

While the likelyhood of any relief successfully being granted may in fact be small, I am certain however of the Court's comittment in maintaining the integrity of the U.S. Constitution by affording every defendents right to due process.

Respectfully submitted,

Jeffrey A. Miller
U.S.M. # 12667-026

Jeffrey Miller # S04261
Centralia Correctional Center
Box 7711
Centralia, IL 62801

Legal Mail

Hon. Judge Jeanne E. Scott
108 U.S. Courthouse
600 East Monroe
Springfield, IL 62701


