E-FILED
Friday, 16 June, 2006 03:53:02 PM
Clerk, U.S. District Court, ILCD

***SEVENTH CIRCUIT APPEAL INFORMATION SHEET***

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* CENTRAL DISTRICT OF ILLINOIS *Docket No.:* 01-30048

*Division:* SPRINGFIELD

***Plaintiff (Petitioner) Short Caption Defendant (Respondent)***

UNITED STATES OF AMERICA *v.* JEFFREY ALLAN MILLER

---

***Current Counsel for Plaintiff (Petitioner):***

*Name:* Patrick D. Hansen
*Firm:* US ATTORNEY
*Address:* 318 S. Sixth Street
Springfield, IL
*Phone:* (217) 492-4450

***Current Counsel for Defendant (Respondent):***

*Name:* Jeffrey Allan Miller - 12667-026
*Firm:* CENTRALIA
*Address:* Box 7711
Centralia, IL 62801
*Phone:*

*(Use separate sheet for additional counsel)*

---

*Judge:* Jeanne E. Scott

*Court Reporter:* Kathy Sullivan

*Nature of Suit Code:*

*Date Filed in District Court:* 3/8/01

*Date of Judgment:* 6/7/06

*Date of Notice of Appeal:* 6/15/06

*Counsel:* ___*Appointed* ___*Retained* _X_*Pro Se*

*Fee Status:* ___*Paid* _X_*Due* ___*IFP* ___*IFP Pending* ___*U.S.* ___*Waived*

*(Please mark only 1 item above)*

*Has Docketing Statement been filed with the District Court's Clerk's Office:* ___*Yes* _X_*No*

*If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability:* ___*granted,* ___*denied;* ___*pending*

*If certificate of appealability was granted or denied, what is the date of the order:* ________________

*If Defendant is in Federal custody, please provide United States Marshal number (USM#):* 12667-026

***IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).***


Jeffrey A. Miller
I.D.O.C. # S04261
Centralia C.C.
Box 7711
Centralia, IL 62801

June 10, 2006

Hon. Judge Jeanne E. Scott
108 U.S. Courthouse
600 East Monroe
Springfield, IL 62701

Re: Case # 01-30048-001
Notice to request appeal

Hon. Judge Scott:

As per your instructions on June 5, 2006, I am writing to request your assistance with my right to appeal sentence imposed.

My understanding is I have 10-days to notify the Court, which I am attempting to do to best of my ability while being presently incarcerated within an Illinois State Correctional Facility.

As an indigent defendent, I understand that the Court may appoint an attorney to represent me in this matter. I would like to respectfully request a new attorney be appointed to assist me. While I am sure Mr. Douglas Beevers is a qualifed attorney, I do not feel comfortable with his willingness to represent me with an appeal.

While the likelyhood of any relief successfully being granted may in fact be small; I am certain however of the Court's comittment in maintaining the integrity of the U.S. Constitution by affording every defendents right to due process.

Respectfully submitted,

[signature]

Jeffrey. A. Miller
U.S.M. # 12667-026

Jeffrey Miller #S04261
Centralia Correctional Center
Box 7711
Centralia, IL 62801

Hon. Judge Jeanne E. Scott
108 U.S. Courthouse
600 East Monroe
Springfield, IL 62701

Legal Mail




E-FILED
Wednesday, 07 June, 2006 01:32:37 PM
Clerk, U.S. District Court, ILCD

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
V.

JEFFREY ALLAN MILLER

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 01-30048

USM Number: 12667-026

Douglas J. Beevers
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) MC, SC of the term of supervision.

☐ was found in violation of condition(s) ________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1A | Possession of Heroin | 3/18/2005 |
| 1B | Possession of Heroin | 3/23/2005 |
| 1C | Possession of Heroin and Cocaine | 5/3/2005 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 3763

Defendant's Date of Birth: 1964

Defendant's Residence Address:

Springfield, IL 62703

Defendant's Mailing Address:

Same as above.

6/5/2006
Date of Imposition of Judgment

s/Jeanne E. Scott
Signature of Judge

JEANNE E. SCOTT, US District Judge
Name of Judge Title of Judge

6/7/2006
Date

DEFENDANT: JEFFREY ALLAN MILLER
CASE NUMBER: 01-30048

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 1E | Possession of Heroin | 5/19/2005 |
| 1F | Possession of Heroin | 6/10/2005 |
| 1G | Possession of Heroin | 8/8/2005 |
| 2 | Bank Robbery | 9/12/2005 |
| 3A | Failure to Submit Random Urine Specimens | 2/25/2005 |
| 3B | Failure to Attend Counseling Session | 6/1/2005 |
| 3C | Failure to Submit Random Urine Specimens | 9/7/2005 |
| 3D | Failure to Attend Counseling Session | 9/8/2005 |

DEFENDANT: JEFFREY ALLAN MILLER
CASE NUMBER: 01-30048

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

21 months to run consecutive to Sangamon County, IL, Circuit Court, case number 05-CF-1204.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________ to ____________

at ____________ with a certified copy of this judgment.

____________
UNITED STATES MARSHAL

By ____________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JEFFREY ALLAN MILLER
CASE NUMBER: 01-30048

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 3,556.00 |

☐ The determination of restitution is deferred until ________ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Firstar Bank | $3,556.00 | $3,556.00 | |
| **TOTALS** | $ 3,556.00 | $ 3,556.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ____________

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JEFFREY ALLAN MILLER
CASE NUMBER: 01-30048

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☑ Lump sum payment of $ 3,656.00 due immediately, balance due

☐ not later than __________, or
☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal ________ (e.g., weekly, monthly, quarterly) installments of $ ________ over a period of ________ (e.g., months or years), to commence ________ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal ________ (e.g., weekly, monthly, quarterly) installments of $ ________ over a period of ________ (e.g., months or years), to commence ________ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within ________ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

Defendant's special assessment was paid in full through the BOP. Defendant's restitution balance without interest is $3,456.00.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

35, APPEAL, CLOSED

**U.S. District Court**
**Central District of Illinois (Springfield)**
**CRIMINAL DOCKET FOR CASE #: 3:01-cr-30048-JES-ALL**
**Internal Use Only**

Case title: USA v. Miller

Date Filed: 03/08/2001

---

Assigned to: Judge Jeanne E. Scott

**Defendant**

**Jeffrey Allan Miller** (1)
*TERMINATED: 05/05/2004*

represented by

**Jeffrey Allan Miller**
12667-026
CENTRALIA
Box 7711
Centralia, IL 62801
PRO SE

**David B Mote**
FEDERAL PUBLIC DEFENDER
600 E Adams
2nd Floor
Springfield, IL 62701
(217) 492-5070
*TERMINATED: 05/02/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Douglas John Beevers**
FEDERAL PUBLIC DEFENDER
600 E Adams
2nd Floor
Springfield, IL 62701
217-492-5070
Fax: 217-492-5077
Email: douglas_beevers@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

**Disposition**

18:2113A.F BANK ROBBERY BY

FORCE OR VIOLENCE. On or about February 26, 2001 in Sangamon County, defendant by force, violence or intimidation did commit Bank Robberty in violation of 18:2113(a)
(1)

The defendant is sentenced to 48 months imprisonment with the BOP; 3 years supervised release; restitution of $3,556.00; and $100.00 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by **Patrick D Hansen**
US ATTY
318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: patrick.hansen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2001 | 1 | INDICTMENT by USA Patrick D Hansen. Counts filed against Jeffrey Allan Miller (1) count(s) 1 (MR, ilcd) (Entered: 03/08/2001) |
| 03/08/2001 | 2 | ARREST Warrant issued for Jeffrey Allan Miller by Mag. Judge Byron G. Cudmore (MR, ilcd) (Entered: 03/08/2001) |
| 03/08/2001 | 3 | MOTION for order for lineup by USA as to Jeffrey Allan Miller (MR, ilcd) (Entered: 03/08/2001) |
| 03/08/2001 | 4 | ORDER by Mag. Judge Byron G. Cudmore granting motion for order for lineup [3-1] (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/08/2001) |
| 03/08/2001 | | MINUTES: before Mag. Judge Byron G. Cudmore. INIT |

| | | |
|---|---|---|
| | | APPEARANCE/ARRAIGNMENT. AUSA Patrick Hansen present for govt. Dft Miller present in custody without counsel. Dft sworn and examined regarding financial status. Court finds dft indigent. Deputy Chief Fed Public Defender David Mote present and accepts appt. First appearance of Jeffrey Allan Miller with counsel. Dft advised of rights, charges, and penalties. Court finds dft competent. Dft waives reading of Indictment. Dft Jeffrey Allan Miller arraigned; NOT GUITLY plea entered. Pretrial conference set 4/27/01 at 1:30 p.m.; Jury trial set 5/7/01 at 9:00 a.m. before Judge Scott. Govt moves for detention. Govt moves for continuance. Detention hearing set 3/12/01 at 2:00 p.m. Dft Miller temporarily detained and remanded to the custody of the US Marshals. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/09/2001) |
| 03/12/2001 | 5 | Government's PROFFER of evidence as to defendant Jeffrey Allan Miller for proposed detention pending trial (S, ilcd) (Entered: 03/12/2001) |
| 03/12/2001 | | MINUTES: before Mag. Judge Byron G. Cudmore. Detention hearing held 3/12/01. AUSA Patrick Hansen and John Childress present for govt. Dft Miller present in custody with Deputy Chief Federal Public Defender David Mote. Parties proffer regarding detention. Court orders dft's detention. Govt to file proposed Order of Detention. Dft remanded to the custody of the US Marshals. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/12/2001) |
| 03/13/2001 | 6 | NOTICE of filing of proposed order of detention by plaintiff USA (BR, ilcd) (Entered: 03/13/2001) |
| 03/16/2001 | 7 | ORDER of Detention of Jeffrey Allan Miller pending trial by Mag. Judge Byron G. Cudmore (cc: all counsel, USPO, USM). (MC, ilcd) (Entered: 03/16/2001) |
| 03/16/2001 | 8 | ARREST Warrant returned executed as to Jeffrey Allan Miller 3/7/01 (MC, ilcd) (Entered: 03/16/2001) |
| 03/16/2001 | | Docket Modification (Utility Event) Defendant Miller arrested 3/7/01 (MC, ilcd) (Entered: 03/16/2001) |
| 04/23/2001 | 9 | PLEA Agreement as to Jeffrey Allan Miller (MC, ilcd) (Entered: 04/23/2001) |
| 04/27/2001 | | MINUTES: before Judge Jeanne E. Scott: PRETRIAL/CHANGE OF PLEA. AUSA Hansen present for government. Defendant present with Attorney David Mote. Defendant sworn, examined by Court and advised of rights. Plea agreement discussed and entered of record. Jeffrey Allan Miller enters guilty plea to count 1. Defendant waives right to appeal except a sentence above the maximum provided by statute and sentencing guidelines. Judgment entered on plea. PSR ordered. Trial set for 5/7/01 is canceled. Sentencing hearing is scheduled for Friday, August 24, 2001 at 3:30 pm. Order entered on Implementation of Sentencing Guidelines. Defendant remanded to the custody of US Marshals. (cc: all counsel) (CT, ilcd) (Entered: 04/27/2001) |
| | | |

| | | |
|---|---|---|
| 04/27/2001 | 10 | ORDER on Implementation of Sentencing Guidelines by Judge Jeanne E. Scott (cc: all counsel) (CT, ilcd) (Entered: 04/27/2001) |
| 08/20/2001 | 11 | POSITION by: Defendant Miller as to defendant Jeffrey Allan Miller regarding commentary on sentencing factors (SEALED) (MC, ilcd) (Entered: 08/21/2001) |
| 08/24/2001 | | MINUTES: before Judge Jeanne E. Scott: SENTENCING HEARING. AUSA Patrick Hansen present for government. Defendant present in person and with his Attorney David Mote. As stated of record, Court allowed Defendant's objection to the PSR. Sentencing Jeffrey Allan Miller (1) count(s) 1. The defendant is sentenced to 48 months imprisonment with the BOP; 3 years supervised release; restitution of $3,556.00; and $100.00 special assessment. Defendant's rights of appeal waived. Defendant remanded to the custody of US Marshals. (cc: all counsel) (CT, ilcd) (Entered: 08/27/2001) |
| 08/27/2001 | | MINUTES: before Judge Jeanne E. Scott: Case terminated. (cc: all counsel) (CT, ilcd) (Entered: 08/27/2001) |
| 08/28/2001 | 12 | ORDER regarding sentencing by Judge Jeanne E. Scott (cc: all counsel) (CT, ilcd) (Entered: 08/28/2001) |
| 08/28/2001 | 13 | JUDGMENT and Commitment Order as to defendant Jeffrey Allan Miller by Judge Jeanne E. Scott (CT, ilcd) (Entered: 08/28/2001) |
| 08/29/2001 | 14 | SENTENCING recommendation (original sealed) as to defendant Jeffrey Allan Miller (CT, ilcd) (Entered: 08/29/2001) |
| 08/29/2001 | 15 | PRESENTENCE Report on Jeffrey Allan Miller ( original sealed ) (CT, ilcd) (Entered: 08/29/2001) |
| 08/29/2001 | 16 | STATEMENT of Reason for Imposing Sentence (Sealed) by Judge Jeanne E. Scott (CT, ilcd) (Entered: 08/29/2001) |
| 09/24/2001 | 17 | JUDGMENT and Commitment returned executed 9/21/01 as to Jeffrey Allan Miller (1) count(s) 1 (MC, ilcd) (Entered: 09/25/2001) |
| 09/23/2005 | 18 | PETITION for Offender under Supervision (MC, ilcd) Unsealed/Modified on 5/3/2006 (MR, ilcd). (Entered: 09/23/2005) |
| 09/23/2005 | 19 | ***** ARREST WARRANT ISSUED** by Jeanne E. Scott as to Jeffrey Allan Miller. (MC, ilcd) (Entered: 09/23/2005) |
| 03/16/2006 | 20 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Jeffrey Allan Miller. (Hansen, Patrick) (Entered: 03/16/2006) |
| 03/17/2006 | 21 | ORDER granting 20 Motion for Writ of Habeas Corpus ad prosequendum as to Jeffrey Allan Miller (1). Entered by Judge Byron G. Cudmore on 3/17/06. (MR, ilcd) (Entered: 03/17/2006) |
| 03/17/2006 | 22 | Writ of Habeas Corpus ad Prosequendum Issued as to Jeffrey Allan Miller for 4/18/2006 3:00 p.m. in Courtroom 3 before Judge Byron G. Cudmore. (MR, ilcd) (Entered: 03/17/2006) |
| | | |

| | | |
|---|---|---|
| 04/18/2006 | | TEXT ORDER: Hearing set for 4/18/06 CANCELLED and RESET to 5/2/06 at 4:00 p.m. as to Defendant Jeffrey Allan Miller. Government to prepare new writ. Entered by Judge Byron G. Cudmore on 4/18/06. (CC, ilcd) (Entered: 04/18/2006) |
| 04/19/2006 | 23 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Jeffrey Allan Miller. (Hansen, Patrick) (Entered: 04/19/2006) |
| 04/20/2006 | 24 | ORDER granting 23 Motion for Writ of Habeas Corpus ad prosequendum as to Jeffrey Allan Miller (1). Entered by Judge Byron G. Cudmore on 4/20/06. (MC, ilcd) (Entered: 04/20/2006) |
| 04/20/2006 | 25 | Writ of Habeas Corpus ad Prosequendum Issued as to Jeffrey Allan Miller for 4/20/06 (MC, ilcd) (Entered: 04/20/2006) |
| 05/02/2006 | | Minute Entry for proceedings held before Judge Byron G. Cudmore :Initial Appearance re Revocation of supervised release as to Jeffrey Allan Miller held on 5/2/2006. AUSA Patrick Hansen present on behalf of the Govt. Dft present in IDOC custody. Dft sworn and questioned regarding financial status. Court finds dft qualifies for appointment of counsel. Asst Federal Public Defender Douglas Beevers present and accepts appointment. Govt seeks detention. Dft waives right to preliminary and detention hearing and consents to being detained. Final Hearing re Revocation of Supervised Release set for 6/5/2006 10:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Dft ordered detained and remanded to the joint custody of the US Marshals and IDOC. (MR, ilcd) (Entered: 05/03/2006) |
| 05/02/2006 | | Petition for Offender under Supervised Release 18 unsealed as to Jeffrey Allan Miller. (MR, ilcd) (Entered: 05/03/2006) |
| 05/02/2006 | 26 | ORDER OF DETENTION as to Jeffrey Allan Miller . Entered by Judge Byron G. Cudmore on 5/2/06. (MR, ilcd) (Entered: 05/03/2006) |
| 05/19/2006 | 27 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Jeffrey Allan Miller. (Hansen, Patrick) (Entered: 05/19/2006) |
| 05/22/2006 | 28 | PETITION for Writ of Habeas Corpus ad prosequendum *on June 5, 2006 before Hon. Jeanne Scott* by USA as to Jeffrey Allan Miller. (Hansen, Patrick) (Entered: 05/22/2006) |
| 05/24/2006 | | TEXT ORDER by U.S. Magistrate Judge Byron G. Cudmore: Petition for Writ of Habeas Corpus ad Prosequendum 27 STRICKEN due to scrivener's error. Petition for Writ of Habeas Corpus ad Prosequendum 28 ALLOWED. Entered by Judge Byron G. Cudmore on 5/24/06. (MC, ilcd) (Entered: 05/24/2006) |
| 05/25/2006 | 29 | ORDER granting motion for writ as to Jeffrey Allan Miller . Entered by Judge Byron G. Cudmore on 5/24/06. (MC, ilcd) (Entered: 05/25/2006) |
| 05/25/2006 | 30 | Writ of Habeas Corpus ad Prosequendum Issued as to Jeffrey Allan Miller for 6/5/06 (MC, ilcd) (Entered: 05/25/2006) |
| 06/05/2006 | | Minute Entry for proceedings held before Judge Jeanne E. Scott: |

| | | |
|---|---|---|
| | | HEARING FOR OFFENDER ON SUPERVISED RELEASE as to defendant Miller. AUSA Patrick Hansen present for government. Defendant present in person and with his attorney, Douglas J. Beevers. Defendant admits all the allegations of the petition and waives hearing. Court found that defendant had violated the conditions of his supervised release. Sentencing on revocation: Discussion regarding defendant's criminal history. Sentencing continued until the afternoon. All parties present for sentencing. Per the transcript of original sentencing: defendant's criminal history was 2. Arguments of counsel heard regarding sentencing. Defendant exercised his right of allocution and addressed the Court. Defendant's supervised release revoked. Defendant sentenced to 21 months imprisonment to run consecutive to Sangamon County, IL, Circuit Court, case number 05-CF-1204. Balance of $3,456.00 restitution ordered to be paid. Rights of appeal given. Defendant remanded to the custody of the IDOC. (Court Reporter K. Sullivan.) (CT, ilcd) (Entered: 06/06/2006) |
| 06/07/2006 | 31 | AMENDED JUDGMENT as to Jeffrey Allan Miller Entered by Judge Jeanne E. Scott on 6/7/2006. (CT, ilcd) (Entered: 06/07/2006) |
| 06/08/2006 | 32 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Jeffrey Allan Miller (CT, ilcd) (Entered: 06/08/2006) |
| 06/08/2006 | 33 | +++ **SENTENCING RECOMMENDATION** as to Jeffrey Allan Miller. (CT, ilcd) (Entered: 06/08/2006) |
| 06/15/2006 | | TEXT ORDER: The Court is in receipt of a letter from Defendant Miller in which he indicates his desire to appeal the sentence this Court imposed at his revocation hearing. The Clerk is directed to docket the June 10, 2006, letter as a Notice of Appeal. The Court notes that Defendant Miller is indigent and has requested counsel other than the Public Defender's office to represent him in his appeal. The Clerk is directed to forward a copy of this order to the Court of Appeals. Entered by Judge Jeanne E. Scott on 6/15/06. (MC, ilcd) (Entered: 06/16/2006) |
| 06/15/2006 | 34 | NOTICE OF APPEAL by Jeffrey Allan Miller (MC, ilcd) . (Entered: 06/16/2006) |
| 06/16/2006 | | *** Clerk`s Notes as to Jeffrey Allan Miller : Text order mailed to Jeffrey Miller at Centralia, Box 7711, Centralia, IL 62801 (MC, ilcd) (Entered: 06/16/2006) |