E-FILED
Thursday, 22 June, 2006  02:18:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 01-30048 |
| ) | |
| JEFFREY ALLAN MILLER, ) | |
| ) | |
| Defendant. ) | |

### CIRCUIT RULE 3(C) DOCKETING STATEMENT

Now comes the Defendant, JEFFREY ALLAN MILLER, by his attorney, Douglas J. Beevers, and, pursuant to Circuit Rule 3(c), submits the following docketing statement:

1.  The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2.  The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and is based on the following particulars:

    i.   Date of entry of judgement sought to be reviewed: Sentence imposed in open court on August 16, 2005 and memorialized in the Judgment in a Criminal Case to be filed at a later date;

    ii.  Filing date of motion for new trial: N/A;

    iii. Disposition of motion and date of entry: N/A;

    iv.  Filing date of notice of appeal: June 16, 2006.

        RICHARD H. PARSONS,
        Chief Federal Public Defender,

By:  s/ Douglas J. Beevers
    Douglas J. Beevers
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois  62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: douglas_beevers@fd.org


PROOF OF SERVICE

  I hereby certify that on June 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patrick Hansen
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:  s/ Douglas J. Beevers
    Douglas J. Beevers
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois  62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: douglas_beevers@fd.org