E-FILED
Thursday, 22 June, 2006  02:19:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 01-30048 |
| JEFFREY ALLAN MILLER, | ) |
| Defendant. | ) |

## DISCLOSURE STATEMENT

The undersigned counsel for Defendant-Appellant furnishes the following list in compliance with Federal Rule of Appellate Procedure 26.1:

1. The full name of every party or amicus the attorney represents in the case:

    Jeffrey Allan Miller.

2. Said party is not a corporation.

3. The names of all law firms whose partners or associates have appeared for a party in the District Court or are expected to appear for the party in the case: Douglas J. Beevers of the Federal Public Defender's Office for the Central District of Illinois.

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on June 22, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patrick Hansen
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

                                        By:  s/ Douglas J. Beevers
                                            Douglas J. Beevers
                                            Assistant Federal Defender
                                            600 East Adams Street, 2nd Floor
                                            Springfield, Illinois  62701
                                            Telephone: (217) 492-5070
                                            Fax: (217) 492-5077
                                            E-mail: douglas_beevers@fd.org