E-FILED
Friday, 23 June, 2006  04:11:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| CLERK OF THE COURT | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |
|---|---|---|



TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   06-2684                    Docketed on: 6/19/06
Short Caption:         USA v. Miller, Jeffrey A.
District Court Judge:  Jeanne E. Scott
District Court No.:    01 CR 30048

If you have any questions regarding this appeal, please call this office.

(1003-012490)