# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 01-30048-001** |
| **JEFFREY ALLAN MILLER** | ) | |
| c/o Sangamon County Jail | ) | **FILED** |
| #1 Sheriff's Plaza | ) | |
| Springfield, IL 62701 | ) | AUG 3 0 2006 |
| | ) | JOHN M. WATERS, Clerk |
| | ) | U.S. DISTRICT COURT |
| Defendant | ) | CENTRAL DISTRICT OF ILLINOIS |

TO:   THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest JEFFREY ALLAN MILLER and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

*s/ John M. Waters*

**JOHN M. WATERS**                               **CLERK U.S. DISTRICT COURT**
Name of Issuing Officer                          Title of Issuing Officer

s/John M. Waters
_____          September 23, 2005 at Springfield, Illinois
Signature of Issuing Officer                     Date and Location

**Bail fixed at $ No Bail/Bond  by US District Judge Jeanne E. Scott .**

### RETURN

This warrant was received and executed with the arrest of the above named defendant at 600 E. Monroe, Fed Bldg., Springfield, IL

| Date Received 9-23-05 | Name of Arresting Officer Tracey Carroll | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 5-2-06 | Title of Arresting Officer D.U.S.M. | |