

## United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

RE: USA v. Jeffrey A. Miller
D. C. Docket No. 01-30048
U. S. C. A. Docket No. 06-2684

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

One  Volumes of Pleadings

One Volumes of Transcript

Other (specify):    Two Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/Marleen Cooke
     Deputy Clerk

35, APPEAL, CLOSED

# U.S. District Court
# United States District Court for the Central District of Illinois (Springfield)
# CRIMINAL DOCKET FOR CASE #: 3:01-cr-30048-JES All Defendants
# Internal Use Only

Case title: USA v. Miller

Date Filed: 03/08/2001
Date Terminated: 05/05/2004

Assigned to: Judge Jeanne E. Scott

**Defendant**

**Jeffrey Allan Miller** (1)
*TERMINATED: 05/05/2004*

represented by **Jeffrey Allan Miller**
12667-026
CENTRALIA
Box 7711
Centralia, IL 62801
PRO SE

**David B Mote**
FEDERAL PUBLIC DEFENDER
600 E Adams
2nd Floor
Springfield, IL 62701
(217) 492-5070
*TERMINATED: 05/02/2006*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Douglas John Beevers**
FEDERAL PUBLIC DEFENDER
600 E Adams
2nd Floor
Springfield, IL 62701
217-492-5070
Fax: 217-492-5077
Email: douglas_beevers@fd.org
*TERMINATED: 06/15/2006*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:2113A.F BANK ROBBERY BY

**Disposition**

FORCE OR VIOLENCE. On or about February 26, 2001 in Sangamon County, defendant by force, violence or intimidation did commit Bank Robberty in violation of 18:2113(a) (1)

The defendant is sentenced to 48 months imprisonment with the BOP; 3 years supervised release; restitution of $3,556.00; and $100.00 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA    represented by    **Patrick D Hansen**
US ATTY
318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: patrick.hansen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2001 | 1 | INDICTMENT by USA Patrick D Hansen. Counts filed against Jeffrey Allan Miller (1) count(s) 1 (MR, ilcd) (Entered: 03/08/2001) |
| 03/08/2001 | 2 | ARREST Warrant issued for Jeffrey Allan Miller by Mag. Judge Byron G. Cudmore (MR, ilcd) (Entered: 03/08/2001) |
| 03/08/2001 | 3 | MOTION for order for lineup by USA as to Jeffrey Allan Miller (MR, ilcd) (Entered: 03/08/2001) |
| 03/08/2001 | 4 | ORDER by Mag. Judge Byron G. Cudmore granting motion for order for lineup [3-1] (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/08/2001) |
| 03/08/2001 |  | MINUTES: before Mag. Judge Byron G. Cudmore. INIT |

| | | | |
|---|---|---|---|
| | | | APPEARANCE/ARRAIGNMENT. AUSA Patrick Hansen present for govt. Dft Miller present in custody without counsel. Dft sworn and examined regarding financial status. Court finds dft indigent. Deputy Chief Fed Public Defender David Mote present and accepts appt. First appearance of Jeffrey Allan Miller with counsel. Dft advised of rights, charges, and penalties. Court finds dft competent. Dft waives reading of Indictment. Dft Jeffrey Allan Miller arraigned; NOT GUITLY plea entered. Pretrial conference set 4/27/01 at 1:30 p.m.; Jury trial set 5/7/01 at 9:00 a.m. before Judge Scott. Govt moves for detention. Govt moves for continuance. Detention hearing set 3/12/01 at 2:00 p.m. Dft Miller temporarily detained and remanded to the custody of the US Marshals. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/09/2001) |
| 03/12/2001 | | 5 | Government's PROFFER of evidence as to defendant Jeffrey Allan Miller for proposed detention pending trial (S, ilcd) (Entered: 03/12/2001) |
| 03/12/2001 | | | MINUTES: before Mag. Judge Byron G. Cudmore. Detention hearing held 3/12/01. AUSA Patrick Hansen and John Childress present for govt. Dft Miller present in custody with Deputy Chief Federal Public Defender David Mote. Parties proffer regarding detention. Court orders dft's detention. Govt to file proposed Order of Detention. Dft remanded to the custody of the US Marshals. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/12/2001) |
| 03/13/2001 | | 6 | NOTICE of filing of proposed order of detention by plaintiff USA (BR, ilcd) (Entered: 03/13/2001) |
| 03/16/2001 | | 7 | ORDER of Detention of Jeffrey Allan Miller pending trial by Mag. Judge Byron G. Cudmore (cc: all counsel, USPO, USM). (MC, ilcd) (Entered: 03/16/2001) |
| 03/16/2001 | | 8 | ARREST Warrant returned executed as to Jeffrey Allan Miller 3/7/01 (MC, ilcd) (Entered: 03/16/2001) |
| 03/16/2001 | | | (Court only) Docket Modification (Utility Event) Defendant Miller arrested 3/7/01 (MC, ilcd) (Entered: 03/16/2001) |
| 04/23/2001 | | 9 | PLEA Agreement as to Jeffrey Allan Miller (MC, ilcd) (Entered: 04/23/2001) |
| 04/27/2001 | | | MINUTES: before Judge Jeanne E. Scott: PRETRIAL/CHANGE OF PLEA. AUSA Hansen present for government. Defendant present with Attorney David Mote. Defendant sworn, examined by Court and advised of rights. Plea agreement discussed and entered of record. Jeffrey Allan Miller enters guilty plea to count 1. Defendant waives right to appeal except a sentence above the maximum provided by statute and sentencing guidelines. Judgment entered on plea. PSR ordered. Trial set for 5/7/01 is canceled. Sentencing hearing is scheduled for Friday, August 24, 2001 at 3:30 pm. Order entered on Implementation of Sentencing Guidelines. Defendant remanded to the custody of US Marshals. (cc: all counsel) (CT, ilcd) (Entered: 04/27/2001) |

| | | |
|---|---|---|
| 04/27/2001 | 10 | ORDER on Implementation of Sentencing Guidelines by Judge Jeanne E. Scott (cc: all counsel) (CT, ilcd) (Entered: 04/27/2001) |
| 08/20/2001 | 11 | POSITION by: Defendant Miller as to defendant Jeffrey Allan Miller regarding commentary on sentencing factors (SEALED) (MC, ilcd) (Entered: 08/21/2001) |
| 08/24/2001 | | MINUTES: before Judge Jeanne E. Scott: SENTENCING HEARING. AUSA Patrick Hansen present for government/Defendant present in person and with his Attorney David Mote. As stated of record, Court allowed Defendant's objection to the PSR. Sentencing Jeffrey Allan Miller (1) count(s) 1. The defendant is sentenced to 48 months imprisonment with the BOP; 3 years supervised release; restitution of $3,556.00; and $100.00 special assessment. Defendant's rights of appeal waived. Defendant remanded to the custody of US Marshals. (cc: all counsel) (CT, ilcd) (Entered: 08/27/2001) |
| 08/27/2001 | | MINUTES: before Judge Jeanne E. Scott: Case terminated. (cc: all counsel) (CT, ilcd) (Entered: 08/27/2001) |
| 08/28/2001 | 12 | ORDER regarding sentencing by Judge Jeanne E. Scott (cc: all counsel) (CT, ilcd) (Entered: 08/28/2001) |
| 08/28/2001 | 13 | JUDGMENT and Commitment Order as to defendant Jeffrey Allan Miller by Judge Jeanne E. Scott (CT, ilcd) (Entered: 08/28/2001) |
| 08/29/2001 | 14 | SENTENCING recommendation (original sealed) as to defendant Jeffrey Allan Miller (CT, ilcd) (Entered: 08/29/2001) |
| 08/29/2001 | 15 | PRESENTENCE Report on Jeffrey Allan Miller (original sealed) (CT, ilcd) (Entered: 08/29/2001) |
| 08/29/2001 | 16 | STATEMENT of Reason for Imposing Sentence (Sealed) by Judge Jeanne E. Scott (CT, ilcd) (Entered: 08/29/2001) |
| 09/24/2001 | 17 | JUDGMENT and Commitment returned executed 9/21/01 as to Jeffrey Allan Miller (1) count(s) 1 (MC, ilcd) (Entered: 09/25/2001) |
| 09/23/2005 | 18 | PETITION for Offender under Supervision (MC, ilcd) Unsealed/Modified on 5/3/2006 (MR, ilcd). (Entered: 09/23/2005) |
| 09/23/2005 | 19 | (Court only) *** ARREST WARRANT ISSUED by Jeanne E. Scott as to Jeffrey Allan Miller. (MC, ilcd) (Entered: 09/23/2005) |
| 03/16/2006 | 20 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Jeffrey Allan Miller. (Hansen, Patrick) (Entered: 03/16/2006) |
| 03/17/2006 | 21 | ORDER granting 20 Motion for Writ of Habeas Corpus ad prosequendum as to Jeffrey Allan Miller (1). Entered by Judge Byron G. Cudmore on 3/17/06. (MR, ilcd) (Entered: 03/17/2006) |
| 03/17/2006 | 22 | Writ of Habeas Corpus ad Prosequendum Issued as to Jeffrey Allan Miller for 4/18/2006 3:00 p.m. in Courtroom 3 before Judge Byron G. Cudmore. (MR, ilcd) (Entered: 03/17/2006) |

| 04/18/2006 | ◎ | TEXT ORDER: Hearing set for 4/18/06 CANCELLED and RESET to 5/2/06 at 4:00 p.m. as to Defendant Jeffrey Allan Miller. Government to prepare new writ. Entered by Judge Byron G. Cudmore on 4/18/06. (CC, ilcd) (Entered: 04/18/2006) |
| --- | --- | --- |
| 04/19/2006 | ◎23 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Jeffrey Allan Miller. (Hansen, Patrick) (Entered: 04/19/2006) |
| 04/20/2006 | ◎24 | ORDER granting 23 Motion for Writ of Habeas Corpus ad prosequendum as to Jeffrey Allan Miller (1). Entered by Judge Byron G. Cudmore on 4/20/06. (MC, ilcd) (Entered: 04/20/2006) |
| 04/20/2006 | ◎25 | Writ of Habeas Corpus ad Prosequendum Issued as to Jeffrey Allan Miller for 4/20/06 (MC, ilcd) (Entered: 04/20/2006) |
| 05/02/2006 | ◎ | Minute Entry for proceedings held before Judge Byron G. Cudmore :Initial Appearance re Revocation of supervised release as to Jeffrey Allan Miller held on 5/2/2006. AUSA Patrick Hansen present on behalf of the Govt. Dft present in IDOC custody. Dft sworn and questioned regarding financial status. Court finds dft qualifies for appointment of counsel. Asst Federal Public Defender Douglas Beevers present and accepts appointment. Govt seeks detention. Dft waives right to preliminary and detention hearing and consents to being detained. Final Hearing re Revocation of Supervised Release set for 6/5/2006 10:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Dft ordered detained and remanded to the joint custody of the US Marshals and IDOC. (MR, ilcd) (Entered: 05/03/2006) |
| 05/02/2006 | ◎ | Petition for Offender under Supervised Release 18 unsealed as to Jeffrey Allan Miller. (MR, ilcd) (Entered: 05/03/2006) |
| 05/02/2006 | ◎26 | ORDER OF DETENTION as to Jeffrey Allan Miller. Entered by Judge Byron G. Cudmore on 5/2/06. (MR, ilcd) (Entered: 05/03/2006) |
| 05/19/2006 | ◎27 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Jeffrey Allan Miller. (Hansen, Patrick) (Entered: 05/19/2006) |
| 05/22/2006 | ◎28 | PETITION for Writ of Habeas Corpus ad prosequendum *on June 5, 2006 before Hon. Jeanne Scott* by USA as to Jeffrey Allan Miller. (Hansen, Patrick) (Entered: 05/22/2006) |
| 05/24/2006 | ◎ | TEXT ORDER by U.S. Magistrate Judge Byron G. Cudmore: Petition for Writ of Habeas Corpus ad Prosequendum 27 STRICKEN due to scrivener's error. Petition for Writ of Habeas Corpus ad Prosequendum 28 ALLOWED. Entered by Judge Byron G. Cudmore on 5/24/06. (MC, ilcd) (Entered: 05/24/2006) |
| 05/25/2006 | ◎29 | ORDER granting motion for writ as to Jeffrey Allan Miller. Entered by Judge Byron G. Cudmore on 5/24/06. (MC, ilcd) (Entered: 05/25/2006) |
| 05/25/2006 | ◎30 | Writ of Habeas Corpus ad Prosequendum Issued as to Jeffrey Allan Miller for 6/5/06 (MC, ilcd) (Entered: 05/25/2006) |
| 06/05/2006 | ◎ | Minute Entry for proceedings held before Judge Jeanne E. Scott: |

|  |  |  |
|---|---|---|
|  |  | HEARING FOR OFFENDER ON SUPERVISED RELEASE as to defendant Miller. AUSA Patrick Hansen present for government. Defendant present in person and with his attorney, Douglas J. Beevers. Defendant admits all the allegations of the petition and waives hearing. Court found that defendant had violated the conditions of his supervised release. Sentencing on revocation: Discussion regarding defendant's criminal history. Sentencing continued until the afternoon. All parties present for sentencing. Per the transcript of original sentencing: defendant's criminal history was 2. Arguments of counsel heard regarding sentencing. Defendant exercised his right of allocution and addressed the Court. Defendant's supervised release revoked. Defendant sentenced to 21 months imprisonment to run consecutive to Sangamon County, IL, Circuit Court, case number 05-CF-1204. Balance of $3,456.00 restitution ordered to be paid. Rights of appeal given. Defendant remanded to the custody of the IDOC. (Court Reporter K. Sullivan.) (CT, ilcd) (Entered: 06/06/2006) |
| 06/07/2006 | 31 | AMENDED JUDGMENT as to Jeffrey Allan Miller Entered by Judge Jeanne E. Scott on 6/7/2006. (CT, ilcd) (Entered: 06/07/2006) |
| 06/08/2006 | 32 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Jeffrey Allan Miller (CT, ilcd) (Entered: 06/08/2006) |
| 06/08/2006 | 33 | +++ **SENTENCING RECOMMENDATION** as to Jeffrey Allan Miller. (CT, ilcd) (Entered: 06/08/2006) |
| 06/15/2006 |  | TEXT ORDER: The Court is in receipt of a letter from Defendant Miller in which he indicates his desire to appeal the sentence this Court imposed at his revocation hearing. The Clerk is directed to docket the June 10, 2006, letter as a Notice of Appeal. The Court notes that Defendant Miller is indigent and has requested counsel other than the Public Defender's office to represent him in his appeal. The Clerk is directed to forward a copy of this order to the Court of Appeals. Entered by Judge Jeanne E. Scott on 6/15/06. (MC, ilcd) (Entered: 06/16/2006) |
| 06/15/2006 | 34 | NOTICE OF APPEAL by Jeffrey Allan Miller (MC, ilcd) . (Entered: 06/16/2006) |
| 06/16/2006 |  | (Court only) *** Clerk's Notes as to Jeffrey Allan Miller : Text order mailed to Jeffrey Miller at Centralia, Box 7711, Centralia, IL 62801 (MC, ilcd) (Entered: 06/16/2006) |
| 06/16/2006 | 35 | Short Record of Appeal as to Jeffrey Allan Miller sent to US Court of Appeals re 34 Notice of Appeal - Final Judgment (MC, ilcd) (Entered: 06/16/2006) |
| 06/22/2006 | 36 | JURISDICTIONAL STATEMENT by Jeffrey Allan Miller re 34 Notice of Appeal - Final Judgment. (Beevers, Douglas) (Entered: 06/22/2006) |
| 06/22/2006 | 37 | NOTICE *of Disclosure Statement* by Jeffrey Allan Miller re 34 Notice of Appeal - Final Judgment (Beevers, Douglas) (Entered: 06/22/2006) |
| 06/23/2006 | 38 | NOTICE of Docketing Record on Appeal from USCA as to Jeffrey Allan |

| | | |
|---|---|---|
| | | Miller USCA Case Number 06-2684 (MC, ilcd) (Entered: 06/23/2006) |
| 07/14/2006 | 39 | TRANSCRIPT FILED ELECTRONICALLY of Proceedings as to Jeffrey Allan Miller held on 6/5/06 before Judge SCOTT. Court Reporter: KS.<br><br>**IMPORTANT: NOTICE OF ELECTRONIC FILING OF OFFICIAL TRANSCRIPT**<br>Notice is hereby given that an official transcript of a proceeding has been filed by the Court Reporter in the above-captioned matter. The parties have five (5) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public without redaction.<br><br>Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court or the Court Reporter.<br><br>**Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** (MC, ilcd) (Entered: 07/14/2006) |
| 08/30/2006 | 40 | Arrest Warrant Returned Executed on 5/2/06 as to Jeffrey Allan Miller. (MR, ilcd) (Entered: 08/31/2006) |
| 10/12/2006 | 41 | Request from USCA for Long Record re 34 Notice of Appeal - Final Judgment. (MC, ilcd) (Entered: 10/12/2006) |