

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

October 13, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

**06-2684**

RE: USA v. Jeffrey A. Miller
D. C. Docket No. 01-30048
U. S. C. A. Docket No. 06-2684

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

One Volumes of Pleadings

One Volumes of Transcript

Other (specify): Two Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/Marleen Cooke
Deputy Clerk

U.S.C.A.—7th Circuit
**FILED**
OCT 1 6 2006 DP
GINO J. AGNELLO
CLERK
DOC. # _____